# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2009

137402

RICHARD E. HARVLIE,
          Plaintiff-Appellee,
and

BLUE CROSS/BLUE SHIELD,
          Intervening Plaintiff-Appellee,

v

JACK POST CORPORATION and ST. PAUL
FIRE & MARINE INSURANCE COMPANY,
          Defendants-Appellants.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 137402
COA: 276044
WCAC: 04-000445

On order of the Court, the application for leave to appeal the August 21, 2008 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *Petersen v Magna Corp* (Docket No. 136542-43) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.

KELLY, C.J., would deny the application for leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2009

_____

Clerk

0120